1 | BRIAN J. STRETCH (CABN 163973)
United States Attorney

2

3 | DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

4 | BRIGID S. MARTIN (CABN 231705)
Assistant United States Attorney

5

6 | 1301 Clay Street, Suite 340-S
Oakland, California 94612

7 | Telephone: (510) 637-3697
FAX: (510) 637-3724

8 | Brigid.Martin@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) NO. CR 14-00081 JST |
|---|---|
| Plaintiff, | ) |
| v. | ) PARTIES' JOINT PROPOSED BRIEFING SCHEDULE AND [PROPOSED] ORDER |
| RICHARD PARTIDA, | ) |
| Defendant. | ) |

On June 24, 2016, defendant Partida filed a Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255.  Dkt. 26.  On June 28, 2016, the Court ordered parties to meet and confer and file a joint stipulation proposing a briefing schedule on the motions.  Dkt. 29.

On June 27, 2016, the Supreme Court granted certiorari in *Beckles v. United States*, No. 15-8544, to decide three questions: (1) whether the holding of *Johnson v. United States,* 135 S. Ct. 2551 (2015), applies to the residual clause of the career offender guideline, U.S.S.G. § 4B1.2(a)(2); (2) if so, whether *Johnson*'s invalidation of the residual clause of the career offender guideline applies retroactively on collateral review; and (3) whether possession of a sawed-off shotgun—which is identified as a "crime of

PARTIES' JOINT PROP. BR. SCHED.        1
NO. CR 14-00081 JST

violence" in the guidelines commentary—remains a "crime of violence" after *Johnson*. The Supreme Court will almost certainly rule in *Beckles* by June 2017, if not before. Based on the certiorari grant in *Beckles*, the Ninth Circuit has stayed two cases in which it had before it the retroactivity of *Johnson*. *See Gardner v. United States*, No. 15-72559; *Jacob v. United States*, 15-73302.

Because *Beckles* likely will decide the application of *Johnson* to the Guidelines or the retroactivity question presented in this case (or both), the parties agree that this Court should stay the Section 2255 motion until *Beckles* has been decided. *See Leyva v. Certified Grocers of California*, 593 F.2d 857, 863 (9th Cir. 1979) ("A trial court may, with propriety, find it is efficient for its own docket, and the fairest course for the parties to enter a stay of an action before it, pending resolution of independent proceedings which bear upon the case."). A stay will promote efficiency because this case will remain in the district court and not be subject to appeal. If the Supreme Court holds that *Johnson* is not retroactive to the Guidelines, then this Court can simply deny the Section 2255 motion; if the Supreme Court rules that *Johnson* is retroactive to the Guidelines, then this Court may decide the other issues raised by the Section 2255 motion without the delay caused by a remand from the court of appeals.

Therefore, the parties propose a briefing schedule wherein the United States shall file its response brief within thirty (30) days of the Supreme Court's decision in *Beckles*; and the defendant

//

shall file his reply brief within twenty-one (21) days of the filing of the government's response.

DATED: June 29, 2016                              Respectfully submitted,

                                                  BRIAN J. STRETCH
                                                  United States Attorney

                                                  /s/
                                                  BRIGID S. MARTIN
                                                  Assistant United States Attorney

                                                  /s/
                                                  CARMEN A. SMARANDOIU
                                                  Counsel for R. Partida

### [PROPOSED] ORDER

Based on the Parties' Joint Proposed Briefing Schedule and the reasons set forth therein, the Court imposes the schedule agreed to by the parties. The United States shall file its response brief within thirty (30) days of the Supreme Court's decision in *Beckles*; and the defendant shall file his reply brief within twenty-one (21) days of the filing of the government's response.

IT IS SO ORDERED.

Dated: June 29, 2016

HON. _____
United _____

*IT IS SO ORDERED*
*Judge Jon S. Tigar*